UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUYANG (HK) GROUP LTD.,

                        Plaintiff,

   - against -

QINGDAO WINTIME INTERNATIONAL
TRANSPORTATION CO. LTD a/k/a WINTIME
INTERNATIONAL TRANSPORTATION CO. LTD.,

                        Defendant.
-----------------------------------------------------------------X

07 CV 2922

07 CV _____
ECF CASE

RECEIVED APR 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE STEIN

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                        NONE.

Dated: April 12, 2007
       Southport, CT

                        The Plaintiff,
                        LUYANG (HK) GROUP LTD.

By: _____
     Nancy R. Peterson (NP 2871)
     Patrick F. Lennon (PL 2162)
     TISDALE & LENNON, LLC
     11 West 42nd Street, Suite 900
     New York, NY 10036
     (212) 354-0025 – phone
     (212) 869-0067 – fax
     npeterson@tisdale-lennon.com
     plennon@tisdale-lennon.com