```
USDC SDNY
DOCUM[ENT]
EL F[ECTRONICALLY FI]LED
DOC #
DATE FILED: 5/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUYANG (HK) GROUP LTD.,

        Plaintiff,

- against -

QINGDAO WINTIME INTERNATIONAL
TRANSPORTATION CO. LTD a/k/a WINTIME
INTERNATIONAL TRANSPORTATION CO. LTD.,

        Defendant.
------------------------------------------------------------X

07 Civ. 2922 (SHS)
ECF CASE

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: Southport, CT
      May 15, 2007

                              The Plaintiff,
                              LUYANG (HK) GROUP LTD.

                 By: _____
                              Lauren C. Davies (LD1980)
                              TISDALE LAW OFFICES
                              11 West 42nd Street, Suite 900
                              New York, NY 10036
                              (212) 354-0025 – phone
                              (212) 869-0067 – fax
                              ldavies@tisdale-law.com

SO ORDERED 5/15/07

_____
U.S.D.J.